SECURITY TRUST COMPANY OF ROCHESTER, as Committee of the
Person and Estate of JOHN C. KEELEY, an Incompetent Person,
Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY et al., Appel-
lants, and JEFFREY MANUFACTURING COMPANY, Respondent.

Argued June 4, 1945; decided July 19, 1945.

884

The following question was certified:

" Did this Court err, as matter of law, in making its order of December 29, 1944? "

*Harold J. Adams* for the Pennsylvania Railroad Company, appellant.

*Melvin H. Zurett* for Symington Gould Corporation, appellant.

*Arthur VD. Chamberlain* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.